**FILED**

04/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0426



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0426

| | |
|---|---|
| FLYING T RANCH, LLC.,<br>    Plaintiff and Appellee,<br><br>    v.<br><br><br>CATLIN RANCH, LP.,<br>        Defendant and Appellant,<br><br>MEAGHER COUNTY BY &<br>THROUGH ITS COMMISSION,<br>SCOTT JACKSON, LYNN<br>JACKSON, DEBRA WILLIAMS,<br>LISA ANDERSON, BERT<br>WILLIAMS & CONNIE HIX,<br>        Defendants and Appellees,<br><br>CATLIN RANCH, LP,<br>        Cross-Claimant & Appellant,<br><br>    v.<br><br>DEBRA WILLIAMS, LISA<br>ANDERSON, BERT WILLIAMS,<br>and CONNIE HIX,<br>        Cross-Claim Defendants and<br>        Appellees | **ORDER EXTENDING DEADLINE TO FILE MEAGHER COUNTY'S ANSWER BRIEF** |

This matter having come before this Court upon the Appellee Meagher County's second unopposed motion to extend the deadline to file its Answer Brief and for good cause shown:

1

IT IS HEREBY ORDERED that the deadline for Appellee Meagher County

to file its Answer Brief is extended to and including April 18, 2022.

DATED this _____ day of April, 2022.

_____

cc:    Brian K. Gallik
Rachel A. Taylor/Hanna Warhank
Matthew W. Williams
Vuko J. Voyich/Kelly Anderson Voyich
Jim Lippert
Susan B. Swimley

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2022